FEE DUE

FILED
CLERK, U.S. DISTRICT COURT
JAN - 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS   DEPUTY

NAME: OSCAR L. FloRes

PRISON IDENTIFICATION/BOOKING NO.: # BJ5329

ADDRESS OR PLACE OF CONFINEMENT: Ironwood State Prison, P.O. Box 2199, Blythe, CA. 92226

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OSCAR L. FloRes
FULL NAME (Include name under which you were convicted)
Petitioner,

v.

Warden, Neil McDowell
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
Respondent.

CASE NUMBER:
CV 5:21-CV-00034-FMO-JEM
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION Stanislaus County
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☑ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention  _Ironwood State Prison, Blythe, CA._
   b. Place of conviction and sentence  _Superior Court in the County of Stanislaus_

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): _DUI/Bodily injury 2nd Striker; Poss. of F/arm by Felon 2nd Striker; Failure to appear on Felony charges 2nd Striker; Prior Felony Conviction Enhancement; out on Bail Enhan. x2_
   b. Penal or other code section or sections: _VC 23153(a)(b1); P.C. 12022.7(a)(b1); P.C. 667(a)(1)(b1); P.C. 12022.1(b1); P.C. 12022.1(b1); P.C. 29800(a)(1)(b1); P.C. 1320.5(b1)_
   c. Case number: _1474083; 1488284; 1491980; 2064543_
   d. Date of conviction: _12-5-2013_
   e. Date of sentence: _5-30-2019_
   f. Length of sentence on each count: _18 years 8m; 2 years to Count (1) The Rest is 16y 8ms. in Enhancement's_
   g. Plea (*check one*):
      ☐ Not guilty
      ☐ Guilty   ✓ _no contest Plea_
      ☐ Nolo contendere
   h. Kind of trial (*check one*):
      ☐ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☑ Yes ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _CR-18-000364, F079405_
   b. Grounds raised (*list each*):
      (1) _Unauthorized 6 year Enhancement_
      (2) _____

(3) _____
(4) _____
(5) _____
(6) _____

c. Date of decision: __10 - 14 - 2019__
d. Result __Granted, sent back to the TRIAL court For Resentencing To eliminate an additional 3 years From Sentence__

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☐ Yes ☑ No

   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: _____
   b. Grounds raised *(list each)*:
      (1) _____
      (2) _____
      (3) _____
      (4) _____
      (5) _____
      (6) _____
   c. Date of decision: _____
   d. Result _____

5. If you did not appeal:
   a. State your reasons _____

   b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☑ Yes ☐ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: __Superior Court in the County of Stanislaus__
      (2) Case number: __1474083, 1488284, 1491980, 2064543__
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: __~~scribbled~~ not know__

(4) Grounds raised (list each):
(a) Petitioner was deprived of due process, a fair trial, and
(b) a jury verdict under the 6th and 14th Amendment when the
(c) Court abused it's discretion in Refusing to allow Petitioner to
(d) withdraw his Plea. withdrawing Plea motion does not allow
(e) Prior Counsel to Testify against Former client. Inadequate
(f) Investigation and Inadequate Knowledge of the Law

(5) Date of decision: 6-2-2020
(6) Result: Denied

(7) Was an evidentiary hearing held? ☐ Yes ☑ No

b. (1) Name of court: Court of Appeal Fifth Appellate District of CA.
(2) Case number: F081365
(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): 7-8-2020
(4) Grounds raised (list each):
(a) Petitioner was deprived of due process, a fair trial, and a jury
(b) verdict under the 6th and 14th Amendment when the trial court
(c) Abused it's discretion in Refusing to allow Petitioner to withdraw his
(d) Plea. Withdrawing Plea motion does not allow Prior counsel to
(e) Testify against Former client. Inadequate Investigation and
(f) Inadequate Knowledge of the Law

(5) Date of decision: 7-23-2020
(6) Result: Denied

(7) Was an evidentiary hearing held? ☐ Yes ☑ No

c. (1) Name of court: California Supreme Court
(2) Case number: S263953
(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): Not Known
(4) Grounds raised (list each):
(a) Petitioner was deprived of due process, a fair trial, and a
(b) jury verdict under the 6th and 14th Amendment when the trial
(c) Court abused it's discretion in refusing to allow him to withdraw
(d) his Plea. withdrawing Plea motion does not allow Prior counsel
(e) to Testify against Former client. Inadequate Investigation and
(f) Inadequate Knowledge of the Law.

(5) Date of decision: 11-10-2020

(6) Result: Denied

(7) Was an evidentiary hearing held?  ☐ Yes ☑ No

7. Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION:** *Exhaustion Requirement:* In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: Petitioner was deprived of due process, a fair trial, and a jury verdict under the 6th and 14th Amendment.

      (1) Supporting FACTS: Petitioner's no contest plea was infected with ineffective assistance of counsel and was not made knowingly and voluntary because it was based on his ignorance of exculpatory material that his attorney failed to seek out and make available to him, therefore making his plea unconstitutional

      (2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☑ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☑ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☑ Yes  ☐ No

   b. Ground two: Petitioner's Fourteenth Amendment Rights where violated when his former attorney testified against him

      (1) Supporting FACTS: The disclosure of confidential communications at the hearing to withdraw his plea can be attributed to

Case 5:21-cv-00034-FMO-JEM  Document 1  Filed 01/05/21  Page 6 of 17  Page ID #:6

the Attorney's Ineffective Assistance, and the admission of those communications at the hearing can be viewed as a Further Violation of Petitioner's Right to effective assistance of Counsel

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☑ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☑ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☑ Yes ☐ No

c. Ground three: Inadequate Investigation and Inadequate Knowledge of the Law Violated Petitioner's Sixth Amendment Rights

(1) Supporting FACTS: Petitioner's Sixth Amendment Rights where Violated by his Former Attorney Deficient Performance by not making Available to him Exculpatory materials that his Attorney Failed to Seek out. This inadequate investigation and inadequate Knowledge of the Law is a Violation of Petitioner's 6th Amendment Rights

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☑ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☑ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☑ Yes ☐ No

d. Ground four: N/A

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

e. Ground five: N/A

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No

CV-69 (05/12)  PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)  Page 6 of 11

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

9. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _all the Grounds in this Petition have been presented to the California Supreme Court_

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction? ☐ Yes ☑ No

    If so, give the following information for each such petition (use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available):

    a. (1) Name of court: _____
       (2) Case number: _____
       (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
       (4) Grounds raised (list each):
           (a) _____
           (b) _____
           (c) _____
           (d) _____
           (e) _____
           (f) _____
       (5) Date of decision: _____
       (6) Result _____

       (7) Was an evidentiary hearing held? ☐ Yes ☐ No

    b. (1) Name of court: _____
       (2) Case number: _____
       (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
       (4) Grounds raised (list each):
           (a) _____
           (b) _____
           (c) _____
           (d) _____
           (e) _____
           (f) _____
       (5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☐ Yes ☑ No

If so, give the following information (and attach a copy of the petition if available):

(1) Name of court: _____

(2) Case number: _____

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____

(4) Grounds raised (list each):

(a) _____
(b) _____
(c) _____
(d) _____
(e) _____
(f) _____

12. Are you presently represented by counsel?    ☐ Yes ☑ No

If so, provide name, address and telephone number: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  12·29·20
             Date

_____
Signature of Petitioner

OSCAR L. FLORES
_____
Petitioner

Warden, Neil McDowell
_____
Respondent(s)

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, OSCAR L. Flores, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Q-3oung. 12-5-2013  $2000.00

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment? ☐ Yes ☑ No
   b. Rent payments, interest or dividends? ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☑ No
   d. Gifts or inheritances? ☐ Yes ☑ No
   e. Any other sources? ☐ Yes ☑ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☑ No

If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☑ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: *No one depends on me, I'm in prison*

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.
Executed on *12-16-2020*
_____       _____
        Date                                           Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____       _____
        Date                                           Authorized Officer of Institution/Title of Officer

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____ **FLORES, OSCAR L** _____ ,
(NAME OF INMATE)

_____ **BJ5329** _____ ,
(INMATE'S CDC NUMBER)

has the sum of $ **444.38** _____ on account to his/her credit at _____

**IRONWOOD STATE PRISON**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ **566.68** _____ ,

and the *average monthly deposits* to the applicant's account was $ **271.66** _____ .

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____ **DECEMBER 28, 2020** _____       _____ [signature] _____
DATE                                      SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 12/28/2020
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

_____ **LOUISE SAMAYOA** _____
OFFICER'S FULL NAME (PRINTED)

_____ **ACCOUNTANT TRAINEE** _____
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)                        -4-                        I:\Everyone\1983\_IFP-form.wpd

American LegalNet, Inc.
www.FormsWorkFlow.com

Date\Time: 12/28/2020 8:41:36 AM  
Institution: ISP

CDCR  
**Inmate Statement Report**

Verified: _____

| Start Date: | 6/1/2020 | Revalidation Cycle: | All |
| End Date: | 12/28/2020 | Housing Unit: | All |
| Inmate/Group#: | BJ5329 | | |

6 month Avg Balance's

```
    413.83 +
    534.08 +
    584.08 +
    559.38 +
    644.38 +
    664.38 +
  3,400.13 *

  3,400.13 ÷
       6.00 =
     566.68 *
```

6 month Avg Deposits    0.c

```
    200.00 +
     60.00 +
    300.00 +
     50.00 +
    200.00 +
     50.00 +
     90.00 +
    200.00 +
     20.00 +
    200.00 +
     60.00 +
    200.00 +
  1,630.00 *

  1,630.00 ÷
       6.00 =
     271.66 *
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE  
ATTEST: 12-28-2020  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY _____  
TRUST OFFICE

1

Date\Time: 12/28/2020 8:41:36 AM
Institution: ISP

CDCR
Verified: _____

## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BJ5329 | FLORES, OSCAR | ISP | B 001 2 | 216001 |

**Current Available Balance:** $444.38

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 06/01/2020 | ISP | BEGINNING BALANCE | | | | $413.83 |
| 06/09/2020 | ISP | SALES | 1 | | ($219.80) | $194.03 |
| 06/29/2020 | ISP | JPAY | 0000000118280469 | | $200.00 | $394.03 |
| 07/07/2020 | ISP | JPAY | 0000000118712110 | | $60.00 | $454.03 |
| 07/07/2020 | ISP | SALES | 29 | | ($219.95) | $234.08 |
| 07/15/2020 | ISP | GTL | 0952912178717983 | | $300.00 | $534.08 |
| 08/01/2020 | ISP | JPAY | 0000000119735505 | | $50.00 | $584.08 |
| 08/06/2020 | ISP | SALES | 32 | | ($219.70) | $364.38 |
| 08/11/2020 | ISP | GROUP TRANSFER OUT | B-LITTLE CAESARS | | ($55.00) | $309.38 |
| 09/02/2020 | ISP | JPAY | 0000000121108202 | | $200.00 | $509.38 |
| 09/08/2020 | ISP | JPAY | 0000000121385659 | | $50.00 | $559.38 |
| 09/10/2020 | ISP | SALES | 17 | | ($220.00) | $339.38 |
| 09/28/2020 | ISP | JPAY | 0000000122148132 | | $90.00 | $429.38 |
| 10/03/2020 | ISP | JPAY | 0000000122390941 | | $200.00 | $629.38 |
| 10/05/2020 | ISP | INMATE VOLUNTARY WITHDRAWAL | HARMONY KITCHEN | | ($5.00) | $624.38 |
| 10/07/2020 | ISP | JPAY | 0000000122563823 | | $20.00 | $644.38 |
| 10/10/2020 | ISP | SALES | 17 | | ($220.00) | $424.38 |
| 11/03/2020 | ISP | JPAY | 0000000123568242 | | $200.00 | $624.38 |
| 11/04/2020 | ISP | SALES | 15 | | ($220.00) | $404.38 |
| 11/08/2020 | ISP | JPAY | 0000000123806282 | | $60.00 | $464.38 |
| 11/29/2020 | ISP | JPAY | 0000000124587515 | | $200.00 | $664.38 |
| 12/04/2020 | ISP | SALES | 16 | | ($220.00) | $444.38 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | 1474083 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

2

## PROOF OF SERVICE

### Declaration of Service by Mail

I, OSCAR L. FLORES, declare that I am over the age of Eighteen (18) and that I (am / am not) a party to this action. On DECEMBER 29, 20 20, I deposited a copy of the following document (s):

Petition For Writ of Habeas Corpus By a Person in State Custody 28 U.S.C. § 2254

in a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and address as follows:

Clerk of the United States District Court
For the Central District of California
United States Courthouse
312 North Spring Street
Los Angeles, CA. 90012

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA § 1746 (2) ).

DATE 12·29·20               SIGNATURE [signature]

OSCAR L. Flores #BT5329/BI-216
Ironwood State Prison
P.O. Box 2199
Blythe, CA. 92226

Clerk o
For
Un
Attn:
312
Los

Legal Mail



